UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.: 8:11-cr-43-VMC-AEP

JAMES DION BARNES, JR.

_____/

## ORDER

This matter comes before the Court pursuant to Defendant James Dion Barnes, Jr.'s pro se Motion for Early Termination of Supervised Release (Doc. # 88), filed on June 16, 2026. The United States responded on June 24, 2026. (Doc. # 90). For the reasons that follow, the Motion is granted.

## Discussion

Pursuant to 18 U.S.C. § 3583(e),

[t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

1

In September 2011, the Court sentenced Barnes to 262 months' imprisonment and 96 months' supervised release after he pled guilty to conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine. (Doc. # 40). Subsequently, in 2013, that sentence was reduced to 168 months' imprisonment, with the supervised release term remaining 96 months. (Doc. # 49). Mr. Barnes began his supervised release on June 6, 2022. (Doc. # 86 at 1; Doc. # 88 at 1).

Now, Mr. Barnes seeks early termination of his supervised release. (Doc. # 88). He has completed half of his 96-month supervised release term and emphasizes that he has complied with all terms and conditions of supervised release. (Id. at 1). He states that he "has maintained steady employment for approximately thirty-six (36) consecutive months and has demonstrated financial stability and personal responsibility." (Id.). Indeed, Mr. Barnes has obtained "a Class A Commercial Driver's License" and "a Transportation Worker Identification Credential." (Id.). He "recently married and is committed to supporting and providing for his family," including his five children. (Id. at 2).

Importantly, neither the government nor probation oppose Mr. Barnes's request considering Mr. Barnes's compliance with

2

his supervised release terms, his stable residence, and employment. (Doc. # 90). Considering all of the above, the Court finds that the Section 3553(a) factors weigh in favor of early termination. Mr. Barnes's supervised release will be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) James Dion Barnes, Jr.'s pro se Motion for Early Termination of Supervised Release (Doc. # 88) is **GRANTED.**

(2) James Dion Barnes, Jr. is discharged from supervised release effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of June, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE